FILED

09/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0408



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0408

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CANDICE LEA DAVIS,

      Defendant and Appellant.

**GRANT OF EXTENSION**

      Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until November 1, 2023, to prepare, file, and serve the Appellant's brief.

DATED this September 26, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:     Dustin M. Chouinard, William E. Fulbright, Austin Miles Knudsen